IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY GENO MARTINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-122 |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** as **MOOT** the motions to proceed *in forma pauperis*, as well as for bond reduction, discovery, and a speedy trial, (doc. nos. 5, 7, 8, 9), and **DISMISSES** this case. As the Magistrate Judge explained, this case was never properly removed, but in an abundance of caution, the Court **REMANDS** the underlying criminal proceedings to the Superior Court of Richmond County, Georgia. The civil action in this Court stands **CLOSED**.

SO ORDERED this 14th day of July, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA